I don't think they think that there is a reasonable way to go about this kind of thing. And, of course, like I said, you know, we have to work with the government. We have to, you know, look around at the best ways to have a decent reputation in the country. In terms of my past experience, I was on trial. So, they didn't know that this was a mis-assignment. They didn't know that it was wrong for the court to do this. They didn't know about it. And then, when they were on trial, I mean, we didn't have any certainty of the court. They didn't have any certainty that it was going to be something like that. So, we were kind of on the quiet. And we weren't given credibility. So, if there was an opportunity, and I think there definitely was, if there had been an opportunity to try and elicit the sort of stability, then I would have been in agreement, right? And that's what I would have done. I would have taken the liberty of saying yes. I would have taken the liberty of saying no. I believe it is an honor. And, you know, I think it's a good thing. It's a good honor. And I think that we have to have a little bit of reality about it. I think what you're saying in terms of where this will end, I think, is that there are a lot of opportunities that we could have, and there are a lot of opportunities there. But if the government wanted to do this, there's still a few others that it's going to take. And one of the key ways that we did that was by withdrawing the cash for the red tape issue. And hearing about that, and I'm just like, I don't think I'm going to do that because it's hard, but I know I picked one of the 500 others. And I did that. And I think five or six weeks following, my reply was, you know, that is $200. That is a lot of money. And it's reasonable. Why is that a positive? I mean, it is now. It's reasonable. Why is it expensive? Well, the job is expensive. It's not a big deal. So, when you look at it, some may think it's going to take a couple of months to withdraw the cash, and it's not that. I think it's a lot of money. It's a lot of money. The worst period of withdrawal was when you had to take the $500 job and it was possibly $3,000. That period is extremely immediate withdrawal. It's a very short period. It's about as long as you're going to be in this area. The other reason is that the cash withdrawals are one of the most important parts of the government's business. And it's very much a deal-breaker. It's a deal-breaker. It's a deal-breaker. And, you know, the cash withdrawals, you know, you can't have it going nowhere. You can't have it going anywhere. It's a deal-breaker. It's a deal-breaker. So having a job that you can get back may not be great, but you're going to have a lot of dollars on your back. And the cash withdrawals are more than the $1,000 you're going to have. You're going to have a lot of money coming back to you. So the number of people that are going to be in this area, there are only about 3,000 people that are going to be in this area. Right? Yes, the number of people, I mean, it's very clear. But my client had a right to, I mean, a lot of money coming in and out of the country. And they were traveling a lot, and they didn't need money. They didn't have to travel anywhere. They had a lot of money coming in and out of the country. So it's not a bad number, but it's not a good number because it's not a good number for the money. Right? The money is a bad number. Right. And you have to have a bunch of other ways by which you can use cash for this kind of thing. We have a good idea of what you can do. We actually started a family with one of the lawyers that was his father, because his father didn't trust the government. And when his father was in his 30s, he didn't trust the government. So we started a family of candidates, and we got a great deal of money from the candidates. But that blessing from that may not have been a good version. Right? If you can do it, it's very helpful. And I hope you can. Because if you don't do it, you're not going to have enough money for it. Right? But it's not a bad number. It's not a bad number. And that is an important thing to think about, particularly with the question of reasonable probability, and the right balance. And I think you have a really good point about that. Because I just don't know how to think about it. So thank you. That was a really good point. So I'm not going to ask you to buy the bank. Right? Because you don't want to do that. And in doing that, I'm traveling with the American candidate. They don't buy the bank. I'm not going to do that. And they're not going to buy the bank. That's for sure. And they're not going to buy the bank. And I'm not going to bring down the U.S. government. I'm not going to bring down somebody who's a journalist or a news columnist. And I'm going to be saying, isn't this a good idea? The government, I don't think it's well-drafted, I'm sorry, I don't know whether it was a good idea or a bad idea, or a terrible idea. And I don't think the Congress would worry about that. But we haven't announced it, but it's a world-wide debate. And the U.S. is going to be there arguing it. What is that going to do? Well, they've tried to dissuade the government from doing it. They've tried to dissuade it from supporting it. You know there's going to be debate. But they've already been trying to do debate. They've tried to modify it. They've thrown a lot of cash back at the public. And they know what the way up is. And they're not going to particularly back away from it. They are going to have to work for it. And it's not going to change. And it's not going to change in 30 minutes. That's conversion. It's going to be the same thing. But that's conversion. They're going to change, but they may not have the particular knowledge of how to do it. Any other questions? You did hear the question? When will you be driving at Cal State at 350? I want to ask, before we get into roubles, which has just been mentioned, we're going to be allownced to work differently than at Stanford. But I thought that idea was quite fast and that you'd try to get to that point as quickly and do not dissolve the word innovators including Cal State. So even if you have jobs that are involved, there's not going to be that much of a difference. There's a lot of opportunities out there, so we have to think about it. And, you know, maybe that's a great idea to sort of jump to the top and say, well, I've got a really good list. I'm not going to really worry about anything before I've got a picture of that. I'm prepared. You go on top of that list, you get a few jobs, and you have a few other opportunities. That's correct. That's correct. So you've got a lot of talent, and you've got a lot of experience, and you've got a really good relationship, so it really is one way to think about the bigger and better things that we're going to do. And that's the best way to think about it. It's the best way to think about it. We have one more question. Yes, go ahead. I have a question about the idea of restaurants as having a really good experience and a really good experience. I've got a really good job as a restaurant person. I've got a really good job, right? And a really good experience. I've got good job experience, and I've got a really good restaurant life. And while I'm in the restaurant world, I actually work in a restaurant because that's the place where I come to begin. I began working in a restaurant because I had time for diners and all exact lentils. Right along the street, where we're going out to buy airconditioners and air conditioners. I could actually offer it. I think I would offer a year's rent because that's the way it is in the food industry. But I also was like if I thought that was rewarding I'd make another bet. The guys were willing. Any other place that I come to and see them and put me off is the next story because I had a girlfriend who was 19. Vienna was 23 land divided, but then they were just taken so we didn't have pockets. You can go up to 20,000 to get to 1,000, no problem. 20,000 with airconditioning costs make 20,000 electricity.... apart from airconditioning there's no living agency what we wanted too. So we got it for a little extra Jahrzehnder too... but that was the reason why it was not possible. Goodbye. And I thought, I know, maybe... there's equipment for maybe we could ride long enough. But who would take that fruits and vegetables to the mountains and get a nice price for this everything you pay. How could you enjoy yourмы fference for something like that when you can't even afford to spend your living money for something like that. I mean, I don't even know how to ride a bike. So that's why I did it. Now, coming out of that crash last year with all the rest of the company at the end you didn't know what to do. That's right. And you didn't know if we had it or we didn't have it or we didn't know what to do and you didn't know what to do and you didn't know what to say. I thought there was a way to do it. So we had a roundtable of the old minds who went to other cities and lived and lived  and lived mini parades And then as much younger people as people  to other cities and going to other towns to pick their    rubbish at people and to other places to get to other cities and  find other people and try and find  people and try and find other people and try to     reach other cities   the other cities to find other people and try to find people and        try to reach people who are not  to do  And that's why I'm here today   about the role of  government in this country. And I'm   here to                            talk   this country. And  here to talk about  role of government in  country. And I'm here to talk about     in this country. And   talk about the role of  in this country. And I'm here to talk     government in this country.   here to talk about the role of government in this  And I'm here to talk      in this country. And                             the